```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07983
    BOBBY JEAN MILLER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3825

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/02/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA MORTGAGE ARRE        .00            .00            .00
GE CONSUMER FINANCE      UNSECURED         7507.90           .00            .00
SALLIE MAE INC           UNSECURED            .00            .00            .00
SALLIE MAE LSCF          UNSECURED            .00            .00            .00
VILLAGE OF MAYWOOD       UNSECURED      NOT FILED            .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG        .00            .00            .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY    NOT FILED            .00            .00
HELLER & RICHMOND~       DEBTOR ATTY     1,904.00                        678.70
TOM VAUGHN               TRUSTEE                                          50.30
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    729.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                        678.70
TRUSTEE COMPENSATION                                   50.30
DEBTOR REFUND                                            .00
                         ---------------       ---------------
TOTALS                     729.00                     729.00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07983 BOBBY JEAN MILLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE